UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Brian A Thompson  
    Virna E Thompson  
        Debtor(s)

Case No. 12-30579

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2012.

2) The plan was confirmed on 09/28/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/31/2013.

5) The case was dismissed on 06/28/2013.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor      $13,860.00
    Less amount refunded to debtor      $0.00

**NET RECEIPTS:**      **$13,860.00**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan      $0.00
    Court Costs      $0.00
    Trustee Expenses & Compensation      $534.47
    Other      $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**      **$534.47**

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACADEMIC ENDOCRINE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| AT&T INC | Unsecured | 0.00 | 434.77 | 434.77 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 21,117.62 | 21,117.62 | 21,117.62 | 4,719.63 | 652.68 |
| CARRIGAN MANETTI PSY D | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | NA | 7,839.45 | 7,839.45 | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Unsecured | 2,210.00 | 2,034.30 | 2,034.30 | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 0.00 | 683.20 | 683.20 | 0.00 | 0.00 |
| COMCAST DIGITAL PHONE SVC | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 1,928.00 | 374.90 | 374.90 | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 0.00 | 612.64 | 612.64 | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 0.00 | 1,210.09 | 1,210.09 | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 0.00 | 480.00 | 480.00 | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,755.00 | 1,029.54 | 1,029.54 | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Secured | 13,303.25 | 12,611.12 | 12,611.12 | 4,075.59 | 437.10 |
| HAROLD PATINO | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 791.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 480.00 | 306.15 | 306.15 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 67.90 | 67.90 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 0.00 | 42,292.40 | 42,292.40 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 0.00 | 9,851.00 | 9,851.41 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,132.00 | 8,704.90 | 8,704.90 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | NA | 538.77 | 538.77 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INSOLVE RECOVERY LLC | Unsecured | NA | 487.06 | 487.06 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 0.00 | 423.49 | 423.49 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 223.00 | 280.76 | 280.76 | 0.00 | 0.00 |
| INTEGRITY PHYSICAL THERAPY | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 4,273.92 | 4,273.92 | 4,273.92 | 3,390.74 | 49.79 |
| INTERNAL REVENUE SERVICE | Priority | 13,513.74 | 13,513.74 | 13,513.74 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 9,126.83 | 9,126.83 | 9,126.83 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 0.00 | 509.79 | 509.79 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 0.00 | 436.49 | 436.49 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 565.00 | 565.10 | 565.10 | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 690.00 | 690.00 | 690.00 | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 196.72 | 196.72 | 0.00 | 0.00 |
| MARAUDER CORPORATION | Unsecured | 1,628.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 945.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 1,789.35 | 1,789.35 | 0.00 | 0.00 |
| PALMER REIFLER & ASSOC PA | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 2,000.00 | 5,212.84 | 5,212.84 | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 277.00 | 326.26 | 326.26 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 513.00 | 494.89 | 494.89 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 485.00 | 506.10 | 506.10 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 484.00 | 505.13 | 505.13 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 426.00 | 426.53 | 426.53 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 307.00 | 307.36 | 307.36 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 2,083.75 | 2,083.75 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| RGS FINANCIAL | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 128.00 | 93.08 | 93.08 | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST GAS CORP | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| THE PSYCH ASSOC | Unsecured | 140.00 | 290.00 | 290.00 | 0.00 | 0.00 |
| UNITED SHOCKWAVE SRVS | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 1,300.00 | 1,300.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 12,300.00 | 12,300.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 1,860.00 | 1,860.00 | 0.00 | 0.00 |
| US COLLECTIONS WEST IN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 71,758.52 | 71,758.52 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 113,519.57 | 113,519.57 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $33,728.74 | $8,795.22 | $1,089.78 |
|     All Other Secured | $4,273.92 | $3,390.74 | $49.79 |
| **TOTAL SECURED:** | **$38,002.66** | **$12,185.96** | **$1,139.57** |
| **Priority Unsecured Payments**: | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $13,819.89 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$13,819.89** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$301,643.89** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
|     Expenses of Administration | $534.47 |
|     Disbursements to Creditors | $13,325.53 |
| **TOTAL DISBURSEMENTS** : | **$13,860.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/29/2013          By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**